GOOD SAMARITAN HOME ASS'N, Respondent, v. SLATER et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 7, 1911.) Action by the Good Samaritan Home Association against George A. Slater and others. No opinion. Order affirmed, with $10 costs and disbursements.

GOSS v. WILLIAMS ENGINEERING & CONSTRUCTION CO. (Supreme Court, Appellate Division, First Department. April 13. 1911.) Action by John L. Goss against the Williams Engineering & Construction Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 57 Misc. Rep. 78, 108 N. Y. Supp. 862.

GOTTLIEB, Appellant, v. ALTSCHULER et al., Respondents. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Action by Herman Gottlieb against Simon J. Altschuler and others. H. Gottlieb, for appellant. A. Rosenstein, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GOURD, Appellant, v. HEALY, Respondent. (Supreme Court, Appellate Division, First Department. March 10, 1911.) Action by Henry E. Gourd against Thomas Healy.. F. D. Wynn, for appellant. M. E. Kelley, for respondent. No opinion. Judgment affirmed, with costs, on 137 App. Div. 323, 122 N. Y. Supp. 7. Order filed.

GRAF v. NATIONAL SURETY CO. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Action by Joseph L. Graf against the National Surety Company. No opinion. Application granted, upon plaintiff filing stipulation as directed in order. Order signed. See, also, 70 Misc. Rep. 243, 126 N. Y. Supp. 616.

GRANT, Appellant, v. ATLANTIC TERRA COTTA CO., Respondent. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Action by De Forest Grant against the Atlantic Terra Cotta Company. J. M. Perry, for appellant. G. Sumner, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 127 N. Y. Supp. 1122.

GRANT et al. v. GREENE CONSOL. COPPER CO. et al. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Action by James A. Grant and others against the Greene Consolidated Copper Company and others. S. S. Watson, for appellants. J. Byrne, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 59 Misc. Rep. 1, 111 N. Y. Supp. 1089.

GRANT, Respondent, v. STOOTHOFF, Appellant. (Supreme Court, Appellate Division, Second Department. April 7, 1911.) Action by Ralph Grant against Louisa B. Stoothoff. No opinion. Judgment of the Municipal Court affirmed, with costs.

GRANULATOR SOAP CO., Appellant, v. HADDOW, Respondent. (Supreme Court, Appellate Division, Second Department. ·April 21, 1911.) Action by the Granulator Soap Company against William Haddow.

PER CURIAM. Judgment affirmed, with costs.

BURR, J., votes for reversal.

GRASSO, Respondent, v. JOHN B. ROSE CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Annie Grasso, as administratrix, etc., of Michael Grasso, deceased, against the John B. Rose Company. No opinion. Judgment and order unanimously affirmed, with costs.

GREELEY, Appellant, v. BOARD OF EDUCATION OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Michael Greeley against the Board of Education of the City of New York. No opinion. Order affirmed, with $10 costs and disbursements.

GRICO, Appellant, v. TOLK et al., Respondents. (Supreme Court, Appellate Division, First Department. March 24, 1911.) Action by George Grico against Moritz Tolk and another. L. F. Fish, for appellant. N. Tolk, for respondents.

PER CURIAM. Judgment affirmed, with costs. Order filed.

CLARKE and SCOTT, JJ., dissent.

GRIEPENKERL, Appellant, v. DIETZ, Respondent, et al. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by George Griepenkerl against Wayland E. Dietz, impleaded with others.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

RICH, J., not voting.

GROSSMAN, Respondent, v. SCHENKER, Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Joseph Grossman against Israel W. Schenker.

PER CURIAM. Judgment and order affirmed, with costs.

THOMAS and CARR, JJ., vote to reverse, on the ground that the verdict is against the weight of evidence.

HAIGHT, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 22, 1911.) Action by John C. Haight against the Erie Railroad